UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

George Clark, et al.,

                Plaintiff(s),

v.                                        Case No. 2:21–cv–10001–VAR–EAS
                                                  Hon. Victoria A. Roberts

Anthony Abdallah, et al.,

                Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

    The following motion(s) have been filed:

        Motion to Quash – #37

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by *without* oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/Marlena Williams
                                                    Case Manager

Dated:   January 14, 2022