# EXHIBIT 11

# MICHIGAN DEPARTMENT OF CORRECTIONS
## NOTICE OF INTENT TO CONDUCT AN ADMINISTRATIVE HEARING

CSJ-282
REV. 06/06
4835-3282

| Prisoner Number: | Prisoner Name: | Facility: | Lock: | Date: |
|---|---|---|---|---|
| 447846 | Harrington | LMF | M-227 | 8/31/15 |

| Reporting Staff Member Name (PRINT): | Title: | Reporting Staff Member Signature: |
|---|---|---|
| J. Contreras | Inspector | J. Contreras |

**Nature of Hearing** (Property disposition, restriction, etc):

Mail Facilitating or Encouraging Criminal Activity

**Reason for Hearing** (Describe events leading to this requested action. If property is involved, list all items and explain why taken):

On 08/27/15 the LMF Mailroom received two letters being sent out by prisoner Harrington 447846 which did not have sufficient postage. Upon opening/reviewing the letters/diagrams it was observed that prisoner Harrington was attempting to devise a plan to allege that he did not commit the crime which placed him in prison. The plan consisted of Harrington having individuals claim they were in locations that they were not in and did thing that they did not do. In this letter prisoner Harrington states that he is sending the diagram of the area of Parkside where "Fester" shot and killed Dog, so JT can see it and be all the way on point. He also states, "Being I going to have D-White walking into Parkside from his house on Andover, hearing the shot's, then seeing JT speeding from back there. That's how JT, AKA Robin will come into play, they will contact her, being D-White seen here driven fast right after hearing the shot's from back there, and then Robin will tell them she seen everything, 'Fester shot dog ect.' If I don't want to mess with D-White, Roach Pop's said he will do it."

**Proposed Disposition** (Indicate what action you believe should be taken to address/resolve the above matter):

NOTE: Property dispositions are limited to the following:
- ☐ Photograph & return to prisoner it belongs to (except money/postage)
- ☐ Money/Postage - Turn over to PBF
- ☐ Store up to 30 calendar days for pick up _____
- ☐ Donate to charity as approved by the warden (property only)
- ☐ Mail at prisoner expense to person identified by prisoner
- ☒ Destroy (set forth reason below)

NOTE: Non-property dispositions:
- ☐ Telephone restriction ____ days begins ____ ends midnight ____
- ☐ Remove from following program: _____
- ☐ Remove $____ from prisoner's account (indicate reason below)
- ☐ Other (explain below)

**Additional Information** (cite relevant rule, policy directive, procedure or justification):

Michigan Complied Law 750.483a, #5, states, "A person shall not do any of the following: (a) Knowingly and intentionally remove, alter, conceal, destroy or otherwise tamper with evidence to be offered in a present or future official proceeding. (b) Offer evidence at an official proceeding that he or she recklessly disregards as false."

Violation of this MCL could result in a felony conviction.

- ☐ I understand and agree with the proposed disposition stated above and waive the right to a hearing. *(to be checked ONLY if prisoner agrees with proposed disposition and does NOT wish to have a hearing).*

OR

- ☒ I request a hearing. I have received a copy of this report. My signature does not necessarily mean that I agree with the report *(to be checked ONLY if prisoner wishes to have a hearing).*

- ☐ I waive the 24 hour notification of hearing requirements.

Prisoner's Signature: [signed]   Date: 8/31/15

Copy personally handed to prisoner on this date by the following staff member:

| Staff Member Name (PRINT): | Title: | Staff Member Signature: | Date: |
|---|---|---|---|
| Filizetti | Sgt | [signed] | 8-31-15 |

Distribution: ☐ Record Office File  ☐ Counselor File

Subpoenaed Records to Plaintiff - MK54511