UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE CLARK, et al.,

    Plaintiffs,

v.                                  Case No. 21-10001
                                    Honorable Victoria A. Roberts

ANTHONY ABDALLAH,

    Defendants.

_____/

## **ORDER STRIKING DOCUMENT [ECF No. 30]**

The Court reviewed Plaintiffs' Motion for Leave to File Second Amended Complaint [ECF 44]. The Court **STRIKES** that document for the following reason(s):

☐ Missing statement of concurrence. *See* Local Rule ("LR") 7.1(a).

☐ Missing required information (e.g., table of contents, concise statement of issues, controlling or most appropriate authority, index of authorities, index of exhibits, etc.). *See* LR 7.1(d)(2).

☒ Does not contain a statement of material facts with numbered paragraphs or fails to respond to statement of material facts in motion. [*See* ECF No. 29, PageID.223-24 ("Statement of Material Facts on Motion for Summary Judgment")].

☐ Wrong font size or improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). *See* LR 5.1(a)(2),(3).

☐ Does not comply with Rule 19(b) of the Electronic Filing Policies and Procedures, regarding filing exhibits electronically. *See* LR 5.1.1(a).

☐ Does not comply with Local Rule 5.3, regarding filing an item under seal in a civil case.

☐ Over-length. *See* LR 7.1(d)(3).

☐ Motion to dismiss/response to motion to dismiss relies primarily on summary judgment cases.

☐ Does not comply with the Scheduling Order (or other Order or Notice) in this case for the following reasons: _____
_____.

☐ **Other**: _____.

The document [ECF No. 30] is stricken and not part of the record. The document must be refiled in full compliance by **February 22, 2022**.

**IT IS ORDERED**.

            s/ Victoria A. Roberts
            Victoria A. Roberts
            United States District Judge

Dated: February 17, 2022

(Rev. 3/2021)