# EXHIBIT 11

**January 13, 2019 CIU Interview with Kevin Harrington**

**Location**: Macomb Correctional Facility
**Time**: January 13, 2019 around 12:20 p.m.
**Attendees**: Val Newman, Detective Pat Little, and Tom Costello from the Conviction Integrity Unit; Imran Syed, Jonah Rosenbaum, and Dani Bernstein from the Michigan Innocence Clinic

Pat began recording, and Val gave an abbreviated explanation to Kevin of what the CIU is. Since Kevin didn't have any questions, Tom began the interview:

- What was your life like before the arrest?
  - Kevin grew up in Inkster to a single mother, with two siblings and two half-siblings living at home with him. He had a "normal childhood"—he was involved in sports, was part of the Yearbook Club, went to prom, and graduated from Inkster High in 2001 before going to Wilberforce College.
- What was going on around 2002?
  - Kevin was at Wilberforce until August of 2002. His close friend, Darius Kincannon, was at college in Iowa, but had come home for the summer. While back in Inkster, Kevin stayed mainly at three places: with his mom, with his brother and with Darius. He had a birthday party in August (his birthday is Aug. 9) and then shortly thereafter left for New Mexico, where he stayed with a friend. While there, he got calls from his mom about the police asking her about a white car and a car accident that they alleged Kevin was in, followed by a call from his mother that she had received a letter about a murder charge.
  - Either his mom or his brother had put Kevin in touch with attorney Marlon Evans. Evans told him to keep a low profile as he came back to Michigan.
  - Kevin used Darius's ID in buying his return ticket. He was arrested at a bus station when he got back to Michigan. When police asked for his name, he gave his real name.
- Tom asked Kevin to zero in on what was going on in the summer of 2002/the timeline.
  - August 2002 was just after the end of Kevin's first year of college (he also worked at the school in the enrollment office, so he was there for a while after the semester ended).
  - Kevin hung out with Darius and other guys from home and then left Inkster for New Mexico. [Note: there was some confusion here and Imran clarified the question for Kevin.] Kevin explained that after school ended, he hung out in Ohio for a little while, then went to Inkster, where he was for roughly 2 months, and then he left for New Mexico about a week after his birthday (Aug. 9). While in New Mexico, he was hanging out with friends and considering enrolling in school there.
- Why did you go back to Inkster?
  - The trip back was prompted in part by a call from Kevin's mom regarding the charges and the upcoming Sweetest Day; Kevin had a date with a girl whom he had liked for a long time named Leah.
- Val: In general, how did you get money?
  - Kevin was at college solely on financial aid but also made money by charging people to go to his birthday party and working at Wilberforce. His parents also gave him any

money he needed. He was the first person in his family to go to college and his parents were really championing him, they were happy Kevin was doing the right thing, so if he wanted a new pair of sneakers or something like that, there wasn't an issue.

- Where did you spend time?
  - o Kevin gave 2621 Andover Court as his mom's address. He also spent downtime in the Parkside area about 2-3 blocks away from his high school, where he hung out mostly with athletes. They played basketball on a rim someone had set up in the street.
- What was the neighborhood like overall?
  - o There was a lot of violence; you couldn't stay and play basketball late at night, but Kevin was comfortable during the day.
- Did you or your friends do drugs?
  - o Kevin's friends weren't into drugs but it was all around, and Kevin knew people in that world.
- Did you have a nickname?
  - o Kevin was called "K-Dough" because he had been chubby when he was younger. (To illustrate the point, Kevin showed stretch-marks on his arm.) He played football for the Inkster Raiders, and during one game a guy trying to tackle him smushed into Kevin, so that's where "dough" came from.
  - o [Note: in response to this question, Kevin also brought up Bearia Stewart's mention of "K-Dog" in her second police interrogation, and noted that this was not his nickname.]
- Pat: What was your physique like in '02?
  - o It was chubbier.
- Val: Did you know George?
  - o Kevin knew of him because of their neighborhood, around Parkside, but he never hung out with him, had never been in his car, and still to this day can't figure out why they were connected. For Kevin and his friends, "we was in our own zone." Kevin had stopped hanging there by 2001, and had no thoughts about George's reputation or what he was into.
- Pat: Did you know the victim?
  - o Kevin had seen him around but "these people were a lot older than me"; their paths didn't really cross.
- Tom: Did you spend time in Parkside once you were in college?
  - o Kevin might have walked through or by Parkside but he didn't hang out there after high school, since most people were no longer in the neighborhood.
- Did you know Bearia Stewart?
  - o Kevin didn't know her at all, but may have seen her around; she could have been one of the people who got annoyed about them playing basketball in the street.
- Pat: Did you have any dealings with the police?
  - o At 14, Kevin was convicted of a great bodily harm charge against Shontae Hogan (spelling unclear) and went to Maxey Training School for 13 months. Kevin "took ownership" of that decision and chose to follow a different path, and went on to high school and college.
- Tom: Do you know about Hogan's family/where Hogan was from?

- o He might have been from Inkster, but Kevin didn't know.
- Did you ever see Clark carry a gun?
  - o No.
- Val: What was your relationship to Kaneka?
  - o Kevin went to school with her sister, Ebony, who was close in age; Ebony visited Kevin while his case was happening and told him that her dad, Greg Hill, said case was "shaky." (Kevin didn't know Greg Hill personally, but noted that he was known for being a bad cop.) Kevin knows that Greg Hill would not have told his daughter to visit him if he thought there was any chance that Kevin was a killer.
- What were police practices like?
  - o Police drove around in vans to jump boys in the neighborhood—it was effectively a unit that would beat kids up. [Pat asked why, was it about drugs, and Kevin confirmed that it had to do with how prevalent drugs were in the neighborhood.]
  - o Kevin saw it, was personally stopped while riding his bike but was let go, but other people got badly beat up.
  - o Officers Snow, Shady, Friendly, and Randazzo were known in the neighborhood for this kind of behavior.
  - o At this point, Kevin showed everyone an article on Detective Abdullah's misconduct ("Fugitive apprehended in Detroit" by Molly Tippen).
- Val clarified to Kevin, who was speaking somewhat euphemistically about relations between Inkster residents and police, that "sometimes the best information is what people said on the streets … we want to hear what you've heard … [and] the streets talk." Here, Kevin also talked about Bearia's testimony regarding how Michael Martin was killed vs. what the medical examiner determined to be the cause of death via the autopsy, and noted that it was another red flags in the case. Kevin also asked Val about the pipe initially alleged to have been used to beat Martin, and Val explained that it's in the evidence room. Kevin was upset about this, as Detective Abdullah told Kevin's lawyer that the pipe had been thrown out.
- Pat: Did you know anyone else named K-Dog?
  - o No. The closest Kevin could think of was someone named "Hundo."
- Tom: Describe the arrest.
  - o Kevin was arrested on Oct. 19. When Kevin got to Ann Arbor on the Greyhound bus, the officers put him in a car with another guy also in the back of the car, and he was taken to the Ann Arbor police station. He was then taken to Inkster. Officer DelGreco took his cell phone, playstation, books, and all of his belongings.
- Here, there was a lengthy discussion about Kevin's cell phone, which he had mentioned to his lawyer, Marlon Evans, at the time of his trial. He explained that he had wanted Evans to pursue a number of leads, including his phone, but that Evans did not. Val and Pat are going to see if the prison has the phone among Kevin's personal property. Pat explained that any personal property that is taken at the time of arrest (including clothes) gets transferred to the MDOC when the defendant is moved there. She is hopeful that MDOC will have Kevin's cell phone.
- Kevin confirmed that the police took his phone by showing his copy of a document from the Incident Report from his arrest, which notes that the police took $889 from Kevin's pants pocket, his cell phone, and $3,320 from a Brut Shaving Cream can in Kevin's backpack. In the Incident Report, Officer Adams (who wrote the report) noted that Kevin told the police

that he had cashed a check from his school for $2,500. The report did not mention a playstation or books, but it did mention that Kevin was carrying a backpack.

- o Kevin explained independently of the Incident Report that he had a shaving can with a lot of cash in it when he was arrested because he cashed a refund school check and also had just had a party where he charged attendees to come.
- o The can was something he had always used, especially in college, to keep his money out of sight.
- o Kevin clarified again that he went to Albuquerque, NM in the second week of August.

- How recently have you spoken to the truck driver, Baydare Wilson, who could provide an alibi?
  - o Kevin hasn't talked to Wilson in years. [Val assured Kevin that she going to find him independently.]
- Do you have any knowledge of what really happened to Martin?
  - o From conversations with others, "Fester" killed him; Kevin didn't know Fester, didn't know Rodney Miller, and didn't know Mario Hogan.
- Kevin independently brought up the video of Bearia Stewart's interrogation in which she named Kevin, and walked them through how an officer was banging on the table in the video interview.
- Val: Why you?
  - o Kevin could only speculate, but he noted that older members of his family (cousins) who have his last name have had run-ins with the police.
- Val: Are you willing to take polygraph?
  - o "Absolutely."
- Pat: Did you hear about a shooting in Parkside Apartments prior to Martin being killed?
  - o Heard Tylon [last name "Boone" or "Wise"; spelling unclear] got killed around that time, but did not have direct knowledge of it.
- Kevin also noted that, when he was arrested, he was not interrogated and the police never asked him about the crime. He mentioned a couple times in the interview that he wanted to take the stand at his trial(s).

The interview lasted about an hour and a half. As it came to an end, Tom told Kevin to reach out if he thought of anything that wasn't covered. Val told Kevin that her estimate of a timeline for the CIU to complete its work is 3-6 months, and that the CIU's next steps would be to look for the cell phone, Baydare Wilson, and Nicole Williams. Val explained that the stronger the CIU can make the case, the easier it is for the prosecutor to grant relief. Kevin asked if there is anything he should, and Val told him not to do anything because "the minute you reach out, it compromises what we're doing."

After the interview ended, it appeared that the next steps are to track down the Baydare Wilson; look into the refund check and the date it was issued; find Kevin's cell phone; and speak with Nicole Williams.

### Interview with George Clark

Present:  CIU Director, Valerie Newman, Det. Pat Little and APA Tom Costello, Brandy Ranjan and Tiffany Lipscomb-Jackson (Jones Day) and George Clark

Location:  Lakeland Correctional Facility

Time:  11:10 AM-1:04 PM

Newman presented an overview of the CIU and its role. The CIU is investigating Clark's claim of innocence to determine if relief is warranted.

At or about the time of the incident, Clark (age 31) was doing odd jobs for cash while collecting SSI disability from his late father. Clark's father passed away when he was 14 years old from cancer. Clark suffered a form of PTSD from his father's death. He lived with his mother and collected approximately $600-$700/month in disability.

Clark lived at 4538 Henry Ruff Road. It was the corner house. It was his sister, Georgina's, house. She can be contacted at ████████████. He also stayed at one of his children's mother's house at times. Her name is Tammy Yarborough. Yarborough lived on Carlysle in Inkster. It is within a five-minute walk from Clark's place. Dion James is his sister's husband. Clark is also related to Gabby Hill (Clark's niece and Detective Hill's daughter) and Diamond James (Clark's daughter). He was known to drive his sister's silver 2002 Pontiac Grand Am.

A typical day in his life then was to hangout. He also cared for his mother, Suzie Maxwell. His mother lived on Kitch in Inkster.

Clark knew Bearia Stewart from the neighborhood. He would exchange greetings with her. He had no other real relationship with her. Stewart was known to be over at Martin's house. Martin was 15-16 years older than Clark. Martin also did odd jobs for cash. Martin used and sold drugs. Martin was a heroin user. Martin sold enough to support his habit. Clark had no problems with Stewart and she had no problems with anyone else.

Martin had no trouble with anyone in the neighborhood. Clark thought he was a good guy. He considered Martin a friend. Martin got along with everyone. Clark believed Martin witnessed someone being killed in the week before his death. The victim was called "Rio". Rio did not live in the area. Rio sold drugs. The incident occurred in a car. A female was also wounded in the shooting. Her name was Keisha Dillard (now deceased).

He knew Tammy Wiseman from the neighborhood. She was a booster of stolen merchandise. Clark believed that Det. Abdallah manipulated and helped manufacture her testimony.

Cynthia Scott was a friend of his daughter's mother, Tammy Yarborough. Scott was the person who made a threatening gesture during the preliminary exam.

Clark knew of Kevin Harrington; however, he had no relationship with him. Clark went to school with Harrington's brother, Alton Peterson. Harrington was not selling drugs in the neighborhood. He knew there was a turf war in the neighborhood drug trade.

The drug war involved Sharrod Miller, a/k/a "Fester" (deceased now). Clark believes Fester may be behind Martin's killing.

Clark saw Det. Hill break up dice games and take the cash from the players. Hill even took guns sometimes. Hill would search for dope and let people keep their dope while taking their money. He heard that Det. Abdallah did the same.

Clark believes one of the reasons he was targeted for this murder was that Stewart told Abdallah that Clark was friends with Martin, and that Clark was over there the day of the killing. This arose from when Stewart was at the scene the next day when the body was discovered, and Inkster PD first spoke with her about what happened.

Clark spent six days in jail before his arraignment. Clark stated that Abdallah told him that he knew Clark did not commit this murder; however, he needed Clark to give him a name. Abdallah wanted him to sign a document stating as such and he refused. Clark believes that after he refused to sign that Abdallah then moved onto Stewart to get her to name Clark as the killer. Clark mentioned viewing the video recording of Stewart's statement where Stewart's statement is coerced by Abdallah and Kevin Smith. Stewart was threatened with losing her two children to Protective Services.

Clark was interviewed by Abdallah for about 30 minutes. Smith was also in the room. He was read his Miranda rights and initialed that document. There was no recording of his interview. Clark believes Abdallah was feeling the "heat" for solving this murder in addition to the murder the week earlier. Clark also mentioned that Hill and Abdallah were vying for the Deputy Chief position and that Hill got the job.

Kevin Harrington was much younger than Clark (19 years). Clark believes Inkster PD had something on Harrington.

Clark mentioned the PVC pipe. It was later determined not to be part of the crime based upon the ME's findings.

Wanda McCain was Martin's girlfriend. She was in her 40s or about Martin's age. McClain lived in that same neighborhood.

Garry Burris stayed in that neighborhood because his girlfriend lived there. He met up with Burris while in Adrian in 2006. Burris stated that he saw the killer and it was not Clark. He provided a physical description of the killer in his affidavit. He asked Burris to provide an affidavit.

Tyrhonda Moore met Clark at Martin's house around 9 PM. They hung out there until 10:30 PM. Moore and Clark then went to 7-11 and White Castle on Telegraph. They next went to the Wyoming-Ford Drive-In and watched two movies and left around 5 AM. He went back to Moore's place and saw an opened door and then knocked. No one was there. He then went to the

Rancho Motel to stay. The day after the incident he went to the neighborhood and learned that Martin had been killed. Clark stated he had a receipt from the motel.

Kaneka Jackson is the step daughter of Det. Hill. Jackson stayed on Carlysle with her mother. Clark knew Kaneka from the neighborhood. He did not know her well. Kaneka would know him. Kaneka knew and saw what happened on the night Martin was killed. Either Clark's daughter or niece reached out to him to let him know this. Kaneka then sent him a letter telling him what she saw that night. The letter stated that she had information that could help him. She included her telephone number in the letter. His daughter is Aniya Clark at ███████████.

Clark then called Jackson and asked her to tell people what she saw. He asked her to provide an affidavit in 2015. Clark cannot remember the the call from Jackson. His communication with Jackson was around the time of his bond hearing in federal court. Police tried to make out that he had a personal relationship with her and he did not. The relationship was merely one of support and friendship. Clark did not see Jackson when he was briefly out on bond.

The sister of his other child's mother (Angela Hogan) married Martin's brother, Edmon Martin.

In 1994 and 1996, he was convicted of possession of cocaine (less than 14g) and in 2001 he was convicted a not returning a rental car. He has no juvenile record.

The person responsible for taking photographs of the crime scene was an ex-FBI agent with the last name of Gifford.

Newman explained to Clark the next steps and the process of investigating an innocence claim and any possible recommendation for relief from the convicted offense.

**Interview with Garry Burris (a/k/a "G")**

**December 12, 2019**

**10:04-10:23 AM**

Present:  Director Valerie Newman, Det. Patricia Little and APA Thomas Costello

Newman provided Burris with background on the CIU and Clark's claim of innocence. Specifically, Newman mentioned the 2006 affidavit Burris provided in this case. Burris' recalled the affidavit once Newman read it to him. He admitted writing and signing it.

Burris resided in Detroit at the time of this incident; however, he frequently visited women in Inkster and the Parkside Apartments. He was visiting his child's mother (Latish Penny) while he was "messing" with another woman, Keanna (a/k/a "Fat Butt"). On the night in question, Burris was headed to Keanna's place. He saw Clark or "Man Pie" as Clark was heading into Keanna's place and Burris was heading out of her place.

At the time Burris leaving, he heard gunshots and turned around and saw three figures or shadows. They were 50 ft. away from him. After Burris heard gunshots, he stayed at his child's mother's place the night.

There was drug activity going on in the neighborhood around the time of this incident.

Burris did not know anyone named "Rio" or "Fester". He knew Michael Martin as "Cheeseburger". Burris knew Martin was a drug addict and that Martin/Cheeseburger hung out with a person named "Mo". He did not know Harrington or K-Dog.

Burris knew nothing about a shooting/murder that took place in the week prior to Martin's death. He did not hear anything in the neighborhood about this incident involving Clark. Burris heard about Martin the morning after the shooting when he saw gawkers around the crime scene. Burris does not know Bearia Stewart.

Newman asked Burris for Latish Penny's phone number and then the call was disconnected.

**Interview with Bearia Stewart**

December 11, 2019

10:10 AM-11:14 AM

McDonald's-Wayne Rd/I-94, Wayne, MI

Present:  Director Valerie Newman, Det. Patricia Little and APA Thomas Costello

Newman provided Stewart with background on the CIU. The CIU investigates claims of innocence with a goal to get to the truth. The investigation starts at the very beginning of the case. The CIU does not prosecute anyone. The CIU has reviewed the preliminary exam and trial transcripts. It has also interviewed George Clark.

At the time of this incident, Stewart lived at 3745 Henry Ruff Road in Inkster.

On the day Martin's body was discovered, a person who was passing out flyers door-to-door knocked on her door to let her know a body was in the field and she should call 911. Stewart called 911 and the police came to her when they arrived at the scene.

From the start of any questioning or interview with the police, Stewart repeatedly stated that she did not see anything, and she did not hear anything. She just dialed 911. Stewart was consistent with this recollection throughout the interview.

Inkster PD took her from her home to the police station and placed her in an interview room. She called her boyfriend at the time, Alden Mays, and told him the police had her at the station. Mays was with Stewart that night until 8 AM the next morning when he left for work. The police never spoke with Mays. The police stated that they heard her tell her boyfriend while she was talking to him on the phone that she saw something, and the police insisted that she was going to tell them what it was. She repeated that she did not see or hear anything and that she just called 911.

Inkster PD told her to tell them the truth or she was going to jail, and she would lose her children. Stewart stated that this threat was repeated on multiple occasions during the police interview. They told her, "You are fucking lying". Stewart stated she was in there for three to four hours. This period was punctuated with questioning, yelling, threatening and swearing by Inkster PD. Stewart mentioned that the interview was audio recorded. She could not recall a video recording. Stewart did not recall being provided an advice of rights. She stated she was shook-up, crying and scared.

The change in her version of the events of that evening finally changed because of the conduct of Inkster PD. Stewart asked the police, "What do you want me to do, what do you want me to say?" The police wanted to know who killed Martin and she again was threatened with jail and losing her children. Her statements that followed were made up and she named Man Pie and K-

Dog as the killers. Stewart named these two because they were always in the neighborhood and hung out together, and they knew Martin. She reiterated that she did not see who killed Martin.

Clark and Harrington were friends of Martin. She described Martin as a homeless person who used drugs. Martin stayed with his grandson's mother. Martin was older than Clark (Clark was 31 at the time of the crime) and Harrington (19 years old at the time of the crime). Martin was described by Clark as being 15-16 years older than Clark. They all knew each other from the neighborhood. Stewart believed Clark stayed on Annapolis and Pine which is about a 15-minute walk from her place.

Stewart knew Clark to stay with his girlfriend, Tammy Yarborough. She just had had a baby. She knew of Tammy but did not know her well.

Stewart knew Clark to be on disability and that he sold drugs in the neighborhood.

Martin may have been targeted for this shooting because he was observed picking up shell casings from a previous murder in the neighborhood. The murder happened three to four days prior to Martin's death. She did recall some guys "shooting back there". Stewart thought that Martin may have been killed because the shooter did not want Martin to possibly identify him.

Stewart knew Harrington to stay with his mother on Carlysle. The Harringtons had money. She knew Harrington enough to talk with him. Stewart saw him walking in the neighborhood. Harrington did not bother anyone, and he helped people in the neighborhood.

Clark and Harrington were not in the neighborhood that evening or in the morning the day the body was discovered.

After her statement and before and during the trials, Inkster PD harassed her about showing up to court for all the court dates as well as her testimony. Again, she was threatened by Inkster PD with going to jail and losing her children.

Stewart stated that Prosecutor Blue asked her if Inkster PD asked her to lie, and she replied, "Yes". She told Blue she did not see anything that evening and that she was threatened with jail and losing her children.

Stewart stated that Tammy Wiseman and she were held in jail for up to 10 days after she testified. She did say she had come to court on one occasion only a few minutes late. This occurred on the second day of the first trial. Tammy was her friend. Tammy's daughter had a child with her nephew. When Stewart was in jail, her sister cared for her children.

Tammy stays in Wayne now. Stewart saw Tammy three weeks ago and Tammy does not like to talk about the case. Tammy told her the boys (Clark and Harrington) were locked up for nothing and that they did not do the crime.

Stewart recalled that the police spoke with her neighbor who did not speak English well.

Stewart ended up in counseling (Hygars Counseling in Westland) about six months after the incident.

Stewart does not know Kaneka Jackson. She does not know Cynthia Scott.

Stewart knew of "Fester" (Sharrod Miller). Fester did not stay in her neighborhood. He did sell drugs.

The interview concluded with Newman asking Stewart to contact the CIU if she had other information or remembered some other facts about the case.

**Interview with Tyrhonda Moore**

**December 16, 2019**

**1:00-1:30 PM**

Present:  APA Thomas Costello and Det. Pat Little along with Brandy Rajan and Alexandra Schill from Jones Day.

Costello provided Moore with some background on the CIU. The CIU investigates claims of innocence with a goal to get to the truth. The investigation starts at the very beginning of the case. The CIU does not prosecute anyone.

At the time of this incident Moore was in beauty school and lived at 30336 Carlysle in Inkster with her mother.  Moore had a younger sister and brothers. She was not working. Her home was part of the Parkside Housing Complex which was minutes away from where Clark and Martin stayed on Henry Ruff Road.

Moore knew Clark from the neighborhood and they were friends. They only went out on a couple of dates, so she wouldn't say they were dating. Clark was not her boyfriend. Clark sold drugs and she sold drugs for herself too.

Moore knew Martin and Martin was a "crackhead". Martin lived on Henry Ruff Road. She knew Harrington from school. She was closer in age (20) to Harrington than Clark (31).

On the evening of September 26 and the early AM of September 27:

- Moore met Clark at Martin's house around 6-7 PM
- Martin was still there when she left with Clark
- They made a few stops along the way:  liquor store, Red Lobster and the drive-in movie theater in Dearborn
- They watched two movies and one of them was "Martin"
- They returned to the Henry Ruff Road house around 2-3 AM
- The back door was unlocked and may have been open
- Syringes and drugs were on the table and Moore stated that Martin would never do leave drugs and syringes out in the open
- George yelled for or looked for Martin
- No one else was at the house when they returned
- The house had a weird feeling and Clark didn't feel right about staying there that night
- They were there maybe 15-20 minutes
- Moore walked home, and George got a room at a motel on Michigan Avenue
- Clark called her early on the 27th and told her, "Cheeseburger" (Michael Martin), was dead

- Clark called back around noon and told her people were saying he killed Martin

Clark did not have a gun with him that night. Clark was not known to carry a gun.

A friend suggested she speak with Inkster PD because she was with Clark that evening/early morning. She voluntarily went to the police station. The police threatened her and told her she was lying. Moore was in jail for 2-3 days. Inkster PD asked her if she wanted to change her story and she said, "No". Her interview was not recorded. Moore does not recall the names of the officers who interviewed her. She did not recall being read her rights.

Moore came to court for a few days during trial. She never testified and was not offered to do so. She did not speak with Clark's lawyer.

Moore heard about a prior shooting in the neighborhood that took place in the week prior to Martin's death. Martin may have been killed because he supplied the shooter with the bullets for that earlier shooting. Moore does not want to get involved and does not want to speculate on who the shooter was in the earlier homicide. Keisha Dillard was killed in Detroit a few years ago.

Moore did not know Burris.

Moore stated that Clark did not kill Martin.

Costello asked Moore to contact the CIU if she recalled any additional information. Moore stated that the CIU can call her with any follow-up questions if needed.

**Telephone Interview with Georgina Clark**

**December 11, 2019**
**3:30 PM-4:05 PM**

Present:  CIU Director, Valerie Newman, Det. Patricia Little and APA Thomas Costello

Newman provided Clark with background on the CIU. The CIU investigates claims of innocence with a goal to get to the truth. The investigation starts at the very beginning of the case. The CIU does not prosecute anyone. The CIU interviewed George Clark on December 10.

Georgina Clark (1964) is the older sibling of George (1971).

George was always one to help others in the neighborhood. He was an all-around "good guy". "Man Pie" comes from his mother calling him her "little man" and "sweat as pie". Georgina is very close to her brother.

George is the father to seven children. The mothers are:  Angie Hogan (2), Lisa Grant (1), Tonya (1), Ann Diggins (1) and Tammy Yarborough (2). She said George was a good dad. Georgina does speak to Yarborough every so often and speaks to her Yarborough's daughters Aniya and Amiya.

George was always welcome in her home. He was frequently at her house. When George was not at her house, he was at Tammy Yarborough's place on Parkside. Yarborough's place was a 10-15-minute walk from her place.

George was on SS disability. Her mom put him on it, and she is not sure why. She believes George may have had some cognitive issues. George had no other paying jobs. Sometimes he drove older folks around.

As far as drugs, if George sold, he did not do it around family. She stated that some people may have said George sold drugs.

Georgina lived in a house at the corner of Henry Ruff Road and Annapolis. Her home was in stark contrast to the housing project at the other end of the block. Folks from the housing projects generally did not come down to her end of the street.

Georgina drove a gray Grand AM GT.

Georgina did not know Michael Martin; however, she knew his siblings because she attended Romulus HS with one older and one younger sibling of Martin's. George helped Martin out because he did not want to see Martin homeless.

Georgina did not know Kevin Harrington. She did not know a person named "Rio". As far as "Fester" (Sharrod Miller), she may have heard of him because he was murdered. Georgina did

not know Cynthia Scott or Garry Burris. She had heard of Tammy Wiseman when the street was talking about Bearia Stewart. Wiseman's phone number is ▓▓▓▓▓▓▓. When asked about Wanda McCain, she knew the McCain name from the McCain family who lived in Romulus.

When asked about Inkster PD officers Abdallah and Smith, she was quick to call them "liars". Georgina works for the City of Inkster now as the head of HR for the City. Prior to that, she worked for Inkster Housing from 1993-1999. She came back in 2007 and worked for the City until December 20, 2019 in various other positions before HR. She believes Abdallah was demoted from a detective position for lying.

Gregory Hill (deceased) is the father of her daughter. She stated there was no bad blood between her brother and Hill. Georgina knew that Hill lost his job for lying about his education background. She had heard that Hill told others that George did not commit this crime.

Georgina knew Bearia Stewart because she went to school with Stewart's brother.

Newman encouraged Georgina to contact her if she remembered anything else about the incident.