UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE CLARK, *et al.*,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>ANTHONY ABDALLAH, *et al.*,<br>　　　　　　　　Defendants. | Case No. 21-cv-10001<br>Honorable Victoria A. Roberts<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING DEFENDANT'S MOTION TO TAKE DEPOSITION
(ECF No. 53)**

　　　　Defendant City of Inkster seeks leave to depose witness Montez Antonio Murphy, a prisoner in the Michigan Department of Corrections' custody, as required under Federal Rule of Civil Procedure 30(a)(2)(B).  In an affidavit, Murphy claims to have knowledge about issues in dispute in this litigation. ECF No. 53-1, PageID.2023-2025.  Because the deposition is essential to the City's defense, its motion is **GRANTED**.

　　　　　　　　　　　　　　　　　　s/Elizabeth A. Stafford
　　　　　　　　　　　　　　　　　　ELIZABETH A. STAFFORD
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated: April 5, 2022

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 5, 2022.

s/Marlena Williams  
MARLENA WILLIAMS  
Case Manager