UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE CLARK, *et al.*,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>ANTHONY ABDALLAH, *et al.*,<br>　　　　　　Defendants. | Case No. 21-cv-10001<br>Honorable Victoria A. Roberts<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER TO SHOW CAUSE

On February 18, 2022, Defendants Anthony Abdallah and Kevin Smith moved to compel non-party Wayne County Prosecutor's Office's (WCPO) production of documents. ECF No. 47. The WCPO has not filed a response. The WCPO is ordered to show cause by April 11, 2022 why the Court should not grant defendants' motion to compel.

　　　　　　　　　　　　　　　　s/Elizabeth A. Stafford
　　　　　　　　　　　　　　　　ELIZABETH A. STAFFORD
　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated: April 5, 2022

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The

district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 5, 2022.

s/Marlena Williams  
MARLENA WILLIAMS  
Case Manager