UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE CLARK, individually, and
KEVIN HARRINGTON, individually;

    Plaintiffs,

-v-

ANTHONY ABDALLAH, in his
individual capacity; KEVIN SMITH, in his
individual capacity; John Hermann,
Personal Representative of the Estate of
GREGORY HILL, deceased, and CITY OF
INKSTER, a Municipal corporation;
jointly and severally,

    Defendants.

No. 21-cv-10001
Hon. Victoria A. Roberts
Mag. Elizabeth A. Stafford

## JOINT NOTICE OF FACILATION

THE PARTIES jointly file this notice pursuant to the Court's Amended Scheduling Order of 4/13/22 [ECF No. 74].

The parties have agreed upon retired Judge Daniel P. Ryan as their chosen facilitator.  The facilitation is scheduled to take place on September 7, 2022 at 11:30 a.m.

Respectfully submitted,

s/Wolfgang Mueller
Wolfgang Mueller (P43728)
Mueller Law Firm
Attorney for Plaintiffs
41850 W. 11 Mile Road, Ste. 101
Novi, MI 48375-1820
(248) 489-9653
wolf@wolfmuellerlaw.com

s/Lindsey R. Johnson with consent
Lindsey R. Johnson (P67081)
Schenk & Bruetsch, PLC
Attorneys for Defendant City of Inkster
211 W. Fort St., Suite 1410
Detroit, MI 48226
(313) 774-1000
Lindsey.johnson@sbdetroit.com

s/John T. Hermann with consent
John T. Hermann (P52858)
Law Offices of John T. Hermann
Attorney for Estate of Hill
2684 West Eleven Mile
Berkley, MI 48072
(248) 591-9291
hermannlawoffices@comcast.net

s/T. Joseph Seward with consent
T. Joseph Seward (P35095)
Michael A. Knoblock (P77544)
Seward Henderson PLLC
Attorneys for Defendants Abdallah & Smith
210 E. 3rd Street, Suite 212
Royal Oak, MI 48067
(248) 733-3580
(248) 733-3633 – Fax
jseward@sewardhenderson.com
mknoblock@sewardhenderson.com